# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

FILED

FEB 2 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

COLLIN LEONG,  RONNIE ADAMS, TAMMY ADAMS,
RED HAWK, CANDY MILLER,  MOSES HAWK,
ANGELO HAWK, TOBY GEORGE,
DANNY GEORGE, ALEX MILLER, DANIELLE MILLER,
ANGELO MILLER,  FRANKIE MILLER, BAO NGO,
RALPH KENNY, STEVEN EVANS, and
PESA THOMPSON,

**HSG**

**CR  15    127**

DEFENDANT(S).

## INDICTMENT

FILED

21 U.S.C. § 846 - Conspiracy to Possess With Intent to Distribute Controlled FEB 2 4 2015
Substances;
21 U.S.C. §§ 853(a)(1) and (2) - Drug Forfeiture and Allegation RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A true bill.

_____
Foreman

Filed in open court this _____24_____ day of

_____February, 2015_____.

KAREN L. HOM
_____
Clerk

_____
JOSEPH C. SPERO      Bail, $ _____no process_____
UNITED STATES MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

┌─ DEFENDANT - U.S ─

► COLLIN LEONG

DISTRICT COURT NUMBER

CR  15  127  HSG

### DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

13-mj-71177

Name and Office of Person Furnishing Information on this form

MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

Kevin Barry

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

☐ Federal  ☐ State

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed

DATE OF ARREST ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►  Month/Day/Year

FILED

FEB 24 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
                                  ☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN FRANCISCO DIVISION |

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

**DEFENDANT - U.S**

▶ RONNIE ADAMS

HSG

DISTRICT COURT NUMBER

CR  15  127

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 13-mj-71441

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kevin Barry

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
   Northern District of California

FILED

FEB 2 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Federal  ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No     give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*HSG*

DEFENDANT - U.S

▶ TAMMY ADAMS

DISTRICT COURT NUMBER

CR 15 127

DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

13-mj-71441

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kevin Barry

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

*FILED*

Northern District of California

FEB 2 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

☐ Federal  ☐ State

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

HSG

### DEFENDANT - U.S

RED HAWK

DISTRICT COURT NUMBER

CR 15 127

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

13-mj-71441

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kevin Barry

### DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

FILED

FEB 24 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN FRANCISCO DIVISION |

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

┌─ DEFENDANT - U.S ─
▶ CANDY MILLER    HSG

DISTRICT COURT NUMBER

CR 15 DEFENDANT 127

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

13-mj-71441

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Kevin Barry

### DEFENDANT

**IS *NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
      Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

                                    ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No     give date
                        filed    Month/Day/Year

DATE OF
ARREST ▶              Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶     Month/Day/Year

FILED
FEB 24 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ MOSES HAWK

DISTRICT COURT NUMBER

*HSG*

CR 15 127

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 13-mj-71441

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kevin Barry

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

} ☐ Federal ☐ State

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date
                      filed

DATE OF ▶
ARREST
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶
TO U.S. CUSTODY

Month/Day/Year

Month/Day/Year

*FILED*
*FEB 24 2015*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

DEFENDANT - U.S

▶ ANGELO HAWK

HSG 127

CR 15

DISTRICT COURT NUMBER

### DEFENDANT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

13-mj-71441

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kevin Barry

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

FILED

Northern District of California

FEB 24 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:      Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── **DEFENDANT - U.S** ───

**HSG**

▶  TOBY GEORGE

DISTRICT COURT NUMBER **CR 15   127**

─────────────────────────────

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

13-mj-71441

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kevin Barry

─────────────────────────────

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**FILED**

**IS IN CUSTODY**
4) ☐ On this charge

FEB 24 2015

5) ☐ On another conviction

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
☐ No

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

**PROCESS:**

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                 ☐ SUPERSEDING

—— OFFENSE CHARGED ——

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

—— DEFENDANT - U.S ——

▶ DANNY GEORGE        *HSG*

DISTRICT COURT NUMBER

CR 15 127

DEFENDANT

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:           SHOW DOCKET NO.
   ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant           MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under           13-mj-71441

Name and Office of Person
Furnishing Information on this form        MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Kevin Barry

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from *FILED* District
       Northern District of California
       FEB 2 4 2015
       RICHARD W. WIEKING
IS IN CUSTODY    ER. U.S. DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
4) ☐ On this charge

5) ☐ On another conviction                ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed
DATE OF              Month/Day/Year
ARREST ▶
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT        Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

┌─ **OFFENSE CHARGED** ─────────────────┐

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

┌─ **DEFENDANT - U.S** ─────────────────┐

*HSG*

▶   ALEX MILLER

DISTRICT COURT NUMBER

**CR   15     127**

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

13-mj-71441

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kevin Barry

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST   ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   ▶   Month/Day/Year

*F I L E D*

FEB 2 4 2015

Susan W. Wieking
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                   ☐ SUPERSEDING

| ── OFFENSE CHARGED ── |
|---|

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   20 years' Imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

┌─ DEFENDANT - U.S ─────────────────────
│
│         DANIELLE MILLER          **HSG**
│
│ DISTRICT COURT NUMBER
│
│ **CR   15   127**

### DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

13-mj-71441

Name and Office of Person
Furnishing Information on this form       MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         Kevin Barry

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

   **FILED**

   Northern District of California

   FEB 24 2015

### IS IN CUSTODY

4) ☐ On this charge

   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges                  ☐ Federal   ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     } If "Yes"
been filed?  ☐ No         give date filed

DATE OF
ARREST                     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED                Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

## ──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
  ☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount: _____

  If Summons, complete following:
  ☐ Arraignment   ☐ Initial Appearance

  Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____      Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─────── OFFENSE CHARGED ───────

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

─── DEFENDANT - U.S ───

ANGELO MILLER   **HSG**

**CR 15 127**

DISTRICT COURT NUMBER

────────── DEFENDANT ──────────

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
    If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**FILED**

FEB 24 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

────────── PROCEEDING ──────────

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

13-mj-71441

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kevin Barry

☐ This report amends AO 257 previously submitted

────── ADDITIONAL INFORMATION OR COMMENTS ──────

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

**DEFENDANT - U.S**

FRANKIE MILLER

HSG

CR 15 127

DISTRICT COURT NUMBER

### DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

FILED

FEB 24 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

13-mj-71441

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kevin Barry

Has detainer been filed? ☐ Yes   ☐ No

If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

### DEFENDANT - U.S

*HSG*

BAO NGO

DISTRICT COURT NUMBER

CR  15  127

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

13-mj-71441

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kevin Barry

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**FILED**

FEB 2 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No    give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

─── DEFENDANT - U.S ───

▶ RALPH KENNY

HSG

DISTRICT COURT NUMBER

CR 15 127

### DEFENDANT

IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**F I L E D**

FEB 2 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 13-mj-71441

Name and Office of Person Furnishing Information on this form

MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

Kevin Barry

Has detainer been filed?  ☐ Yes  ☐ No

} If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 846

☐ Petty  
☐ Minor  
☐ Misde-meanor  
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

HSG

STEVEN EVANS

DISTRICT COURT NUMBER

CR 15 127

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

13-mj-71530

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kevin Barry

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

FILED
FEB 24 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

21 U.S.C. § 846

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; lifetime supervised release, with a minimum term of three years' supervised release; a $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

┌─ DEFENDANT - U.S ─┐

▶ PESA THOMPSON **HSG**

DISTRICT COURT NUMBER

**CR 15 127**

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY ☐ DEFENSE
   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   } MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
   } 13-mj-71530

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kevin Barry

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   **FILED**
   Northern District of California

IS IN CUSTODY
   FEB 24 2015
4) ☐ On this charge
   **RICHARD W. WIEKING**
   CLERK, U.S. DISTRICT COURT
5) ☐ On another conviction   NORTHERN DISTRICT OF CALIFORNIA
6) ☐ Awaiting trial on other charges    ☐ Federal ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     } give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
   ☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
   If Summons, complete following:
   ☐ Arraignment ☐ Initial Appearance
   Defendant Address:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

FEB 2 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**HSG**

**CR  15   127**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR |
| Plaintiff, | <u>VIOLATIONS:</u>  21 U.S.C. § 846 – Conspiracy to Possess With Intent to Distribute Controlled Substances; 21 U.S.C. §§ 853(a)(1) and (2) – Drug Forfeiture Allegation |
| v. | |
| COLLIN LEONG,<br>RONNIE ADAMS,<br>TAMMY ADAMS,<br>RED HAWK,<br>CANDY MILLER,<br>MOSES HAWK,<br>ANGELO HAWK,<br>TOBY GEORGE,<br>DANNY GEORGE,<br>ALEX MILLER,<br>DANIELLE MILLER,<br>ANGELO MILLER,<br>FRANKIE MILLER,<br>BAO NGO,<br>RALPH KENNY,<br>STEVEN EVANS, and<br>PESA THOMPSON, | SAN FRANCISCO VENUE |
| Defendants. | |

<u>I N D I C T M E N T</u>

1

The Grand Jury charges:

<u>COUNT ONE</u>:    (21 U.S.C. § 846 – Conspiracy to Possess With the Intent to Distribute Controlled Substances)

    Beginning on a date unknown to the Grand Jury and continuing at least to and including September 24, 2013, in the Northern District of California, the defendants,

COLLIN LEONG,
RONNIE ADAMS, and
TAMMY ADAMS,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess with the intent to distribute a controlled substance, to wit, oxycodone and hydrocodone, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

<u>COUNT TWO</u>:    (21 U.S.C. § 846 – Conspiracy to Possess With the Intent to Distribute Controlled Substances)

    Beginning on a date unknown to the Grand Jury and continuing at least to and including September 24, 2013, in the Northern District of California, the defendants,

COLLIN LEONG,
RED HAWK,
CANDY MILLER,
MOSES HAWK,
ANGELO HAWK,
TOBY GEORGE, and
DANNY GEORGE,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to manufacture and to possess with the intent to distribute a controlled substance, to wit, oxycodone and hydrocodone, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

<u>COUNT THREE</u>:    (21 U.S.C. § 846 – Conspiracy to Possess With the Intent to Distribute Controlled Substances)

    Beginning on a date unknown to the Grand Jury and continuing at least to and including September 24, 2013, in the Northern District of California, the defendants,

COLLIN LEONG,
ALEX MILLER,
DANIELLE MILLER, and
ANGELO MILLER,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess with the intent to distribute a controlled substance, to wit, oxycodone and hydrocodone, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

COUNT FOUR:   (21 U.S.C. § 846 – Conspiracy to Possess With the Intent to Distribute Controlled Substances)

Beginning on a date unknown to the Grand Jury and continuing at least to and including September 24, 2013, in the Northern District of California, the defendants,

COLLIN LEONG and
FRANKIE MILLER,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess with the intent to distribute a controlled substance, to wit, oxycodone and hydrocodone, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

COUNT FIVE:   (21 U.S.C. § 846 – Conspiracy to Possess With the Intent to Distribute Controlled Substances)

Beginning on a date unknown to the Grand Jury and continuing at least to and including September 24, 2013, in the Northern District of California, the defendants,

COLLIN LEONG and
BAO NGO,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess with the intent to distribute a controlled substance, to wit, oxycodone and hydrocodone, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

3

1   <u>COUNT SIX:</u>          (21 U.S.C. § 846 – Conspiracy to Possess With the Intent to Distribute Controlled
2                          Substances)

3        Beginning on a date unknown to the Grand Jury and continuing at least to and including

4   September 24, 2013, in the Northern District of California, the defendants,

5                                    COLLIN LEONG and
                                     RALPH KENNY,
6

7   and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess

8   with the intent to distribute a controlled substance, to wit, oxycodone and hydrocodone, in violation of

9   Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

10

11  <u>COUNT SEVEN:</u>        (21 U.S.C. § 846 – Conspiracy to Possess With the Intent to Distribute Controlled
12                          Substances)

13       Beginning on a date unknown to the Grand Jury and continuing at least to and including
14
    September 24, 2013, in the Northern District of California, the defendants,
15
                                     COLLIN LEONG,
16                                   STEVEN EVANS, and
                                     PESA THOMPSON,
17

18  and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess

19  with the intent to distribute a controlled substance, to wit, oxycodone and hydrocodone, in violation of

20  Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

21

22  <u>DRUG FORFEITURE ALLEGATION:</u>      (21 U.S.C. § 853 – Drug Forfeiture)

23       The factual allegations contained in Counts One through Seven of this Indictment are re-alleged

24  and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the

25  provisions of 21 U.S.C. §§ 853(a)(1) and (2).

26  //

27  //

28  //

                                              4

1  Upon a conviction of any or all of the offenses alleged in Counts One through Four, the

2  defendants,

3  COLLIN LEONG,
   RONNIE ADAMS,
4  TAMMY ADAMS,
   RED HAWK,
5  CANDY MILLER,
   MOSES HAWK,
6  ANGELO HAWK,
   TOBY GEORGE,
7  DANNY GEORGE,
   ALEX MILLER,
8  DANIELLE MILLER,
   ANGELO MILLER,
9  FRANKIE MILLER,
   BAO NGO,
10 RALPH KENNY,
   STEVEN EVANS, and
11 PESA THOMPSON,

12 shall forfeit to the United States all right, title, and interest in any property constituting and derived from

13 any proceeds defendant obtained, directly or indirectly, as a result of said violations, and any property

14 used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said

15 violations, including, but not limited to:

16    a.    Real Property and Improvements located at 929 Clay Street, Unit # 7, San Francisco,

17 California.

18    If, as a result of any act or omission of the defendant, any of said property

19    a.    cannot be located upon the exercise of due diligence;

20    b.    has been transferred or sold to or deposited with, a third person;

21    c.    has been placed beyond the jurisdiction of the Court;

22    d.    has been substantially diminished in value; or

23    e.    has been commingled with other property which cannot be divided without difficulty;

24 any and all interest defendant has in any other property (not to exceed the value of the above forfeitable

25 property) shall be vested in the United States and forfeited to the United States.

26 //

27 //

28 //

5

1    All in violation of Title 21, United States Code, Section 853(a)(1), (a)(2), (p) and Rule 32.2 of

2    the Federal Rules of Criminal Procedure.

3

4    DATED: February 24, 2013                              A TRUE BILL.

5

6                                                          FOREPERSON

7    MELINDA HAAG
     United States Attorney
8

9

10   KEVIN J. BARRY
     Chief, General Crimes Section

11

12   (Approved as to form: _____ )

13                         KEVIN J. BARRY
                           Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28